UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAJID ALFARAG,<br><br>          Plaintiff,<br><br>   v.<br><br>LOUIS DEJOY,<br><br>          Defendant. | CASE NO. 2:25-cv-00198-JNW<br><br>ORDER |

On May 5, 2025, the deadline for pro se Plaintiff Majid Alfarag to effect service of process passed. The Court promptly reviewed Alfarag's affidavit of service, Dkt. No. 12, and found that it did not adequately prove service of process under Fed. R. Civ. P. 4(c) and 4(i). Dkt. No. 13. Rather than dismissing this action for failure to effect service of process, the Court extended the time for Alfarag to effect service by thirty days and provided him information on how to do so. *Id.* Thirty days passed, and Alfarag still failed to perfect service of process. *See* Dkt. On June 9, 2025, rather than dismissing the lawsuit for failure to serve, the Court again granted another extension, giving Alfarag an additional seven days to show cause why his case should not be dismissed for failure to effect service of process.

ORDER - 1

1  This second extension has now elapsed, and Alfarag has filed nothing on the
2  docket to prove service of process. *See* Dkt. After two extensions, two warnings of
3  likely dismissal, and no indication of any attempt at compliance, the Court will not
4  extend the service deadline any further. The Court DISMISSES this action in its
5  entirety without prejudice for failure to serve. *See* Fed. R. Civ. P. 4(m). The Court
6  DIRECTS the Clerk of Court to ENTER JUDGMENT and close this case.

Dated this 17th day of June, 2025.

Jamal N. Whitehead
United States District Judge